E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [CSBN 267616 ]
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4820
    Facsimile: 415-744-0134
    E-Mail: lynn.harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN HENNESSY,<br><br>    Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 8:21-CV-00909-DSF-MAR<br><br>**ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of EIGHT THOUSAND DOLLARS AND 00/100 ($8,000.00) as authorized by 28 U.S.C. § 2412, and costs in the amount of FOUR HUNDRED AND 00/100 DOLLARS ($400.00) as authorized by 28 U.S.C. § 1920, subject to the terms of the stipulation.

IT IS SO ORDERED.

DATED:  January 6, 2023

                                              Honorable Dale S. Fischer
                                              UNITED STATES DISTRICT JUDGE